**EXHIBIT "1"**



April 29, 2009

*Via Facsimile and U.S. Mail*
215-665-8582

Margaret Sherry Lurio, Esq.
Lurio & Associates, P.C.
One Commerce Square
2005 Market Street, Suite 3320
Philadelphia, PA 19103-7015

> **Re:**   ***USA Technologies, Inc. v. John Doe and Jane Doe***
> ***United States District Court, Northern District of California, Case No. 09-661***
> (Internal Reference No. 124450)

Dear Ms. Lurio:

Pursuant to the Subpoena issued in the above-referenced matter on April 9, 2009, Yahoo! Inc. ("Yahoo!") conducted a diligent search for documents and information accessible on Yahoo!'s systems that are related to the user(s) named in the Subpoena. Our response is made in accordance with state and federal law, including the Electronic Communications Privacy Act, and does not include any contents of communication or otherwise protected information. *See* 18 U.S.C. § 2701 *et seq.*

By this letter, Yahoo! does not waive objections to any further proceedings in this matter.

Enclosed is the following information regarding the user account(s) specified in the Subpoena: 1) the User Profile, as produced by the Yahoo! Account Management Tool; and 2) the dates, times and Internet Protocol ("IP") addresses for log-in attempts for the Yahoo! account specified in the Subpoena to the extent available from our system. A declaration authenticating these records also is enclosed.

To the extent any document provided herein contains information exceeding the scope of your request, is protected from disclosure or is otherwise not subject to production, if at all, we have redacted such information or removed such data fields.

Because Yahoo! offers many of its user services for free, it may not require or verify user information.

Yahoo! requests reimbursement in the amount of $75.00 for the reasonable costs incurred in processing your request, including searching for records, reproduction and delivery costs. Please forward payment to Yahoo! Inc. Custodian of Records, 701 First Avenue, Sunnyvale, CA 94089. Please write the Internal Reference number (listed above) on your check. The federal tax ID number for Yahoo! is 77-0398689.

Please do not hesitate to contact me, should you have any questions.

Very truly yours,

Jeffrey Stanford
Senior Supervisor, Legal Services

Enclosures



# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

USA Technologies, Inc.,

        v.

John Doe and Jane Doe,

Case No. 09-661

**DECLARATION OF
JEFFREY STANFORD**

I, Jeffrey Stanford, declare:

1.      I am a Custodian of Records for Yahoo! Inc. ("Yahoo!"), located in Sunnyvale, California. I am authorized to submit this declaration on behalf of Yahoo!. I make this declaration pursuant to the Federal Rules of Evidence Rule 902 (11) and in response to a Subpoena dated April 9, 2009. I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2.      Attached hereto are true and correct copies of data pertaining to the Yahoo! subscriber identified in the Subpoena. Yahoo! servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted, and this data is kept in the course of this regularly conducted activity and was made by regularly conducted activity as a regular practice. Yahoo! provides most of its

1

1     services to its subscribers free of charge. As such, Yahoo! does not collect billing

2     information or verified personal information from the majority of our users.

3

4    3.    Pursuant to the federal Electronic Communications Privacy Act, 18 U.S.C. §§

5     2701, et seq., we have redacted information, including removing certain data

6     fields, that exceeds the scope of this request, is protected from disclosure or is

7     otherwise not subject to production.

8

9    I declare under penalty of perjury under the laws of the United States of America that the

10    foregoing is true and correct.

11

12

DATED: _____April 29, 2009_____       _____

13

Jeffrey Stanford

14

15

16

17

18

19

20

21

22

23

24

25

26

27                     2

28

# YAHOO! ACCOUNT MANAGEMENT TOOL

| | |
|---|---|
| Login Name: | **vendician** |
| GUID: | **AJBMCAX23LSDGCPBZJ2JZ3JMIA** |
| (Alternate) Email Address: | |
| Registration IP address: | **69.142.64.96** |
| Account Created (reg): | **Mon Jan 21 15:12:05 2008 GMT** |
| Other Identities: | **vendician** |
| Full Name | **Mr Michael Robinson** |
| Address1: | |
| Address2: | |
| City: | |
| State, territory or province: | |
| Country: | **United States** |
| Zip/Postal Code: | **19382** |
| Phone: | |
| Time Zone: | |
| Birthday: | **May 29, 1943** |
| Gender: | **Male** |
| Occupation: | |
| Business Name: | |
| Business Address: | |
| Business City: | |
| Business State: | |
| Business Country: | **us** |
| Business Zip: | |
| Business Phone: | |
| Business Email: | |
| Additional IP Addresses: | **Mon Jan 21 15:12:05 2008 GMT  69.142.64.96** |
| Account Status: | **Deactivated** |
| Deactivation Date: | **Wed Feb 04 00:12:20 2009 GMT** |

# YAHOO! ACCOUNT MANAGEMENT TOOL

Login Name:                     **vendician**

GUID:                           **AJBMCAX23LSDGCPBZJ2JZ3JMIA**

(Alternate) Email Address:

Registration IP address:        **69.142.64.96**

Account Created (reg):          **Mon Jan 21 15:12:05 2008 GMT**

Other Identities:               **vendician**

Full Name                       **Mr Michael Robinson**

Address1:

Address2:

City:

State, territory or province:

Country:                        **United States**

Zip/Postal Code:                **19382**

Phone:

Time Zone:

Birthday:                       **May 29, 1943**

Gender:                         **Male**

Occupation:

Business Name:

Business Address:

Business City:

Business State:

Business Country:               **us**

Business Zip:

Business Phone:

Business Email:

Additional IP Addresses:        **Mon Jan 21 15:12:05 2008 GMT  69.142.64.96**

Account Status:                 **Deactivated**

Deactivation Date:              **Wed Feb 04 00:12:20 2009 GMT**

Search for      vendician
Date Range    14-Apr-2008 00:00:00 / 12-Apr-2009 23:59:59
Total Results                                        13

| Yahoo ID | IP Address | Login Time |
|---|---|---|
| vendician | 69.142.64.96 | Mon 01:32:10 (GMT) 26-Jan-2009 |
| vendician | 69.142.64.96 | Thu 16:05:55 (GMT) 22-Jan-2009 |
| vendician | 69.142.64.96 | Sun 06:21:04 (GMT) 18-Jan-2009 |
| vendician | 65.89.178.10 | Fri 15:58:12 (GMT) 09-Jan-2009 |
| vendician | 69.142.64.96 | Sat 15:33:05 (GMT) 03-Jan-2009 |
| vendician | 69.142.64.96 | Sat 15:31:46 (GMT) 03-Jan-2009 |
| vendician | 69.142.64.96 | Sat 14:34:57 (GMT) 11-Oct-2008 |
| vendician | 69.142.64.96 | Fri 12:15:44 (GMT) 25-Jul-2008 |
| vendician | 69.142.64.96 | Fri 11:58:15 (GMT) 20-Jun-2008 |
| vendician | 65.89.178.10 | Mon 16:44:05 (GMT) 16-Jun-2008 |
| vendician | 69.142.64.96 | Tue 20:54:52 (GMT) 20-May-2008 |
| vendician | 69.142.64.96 | Tue 21:27:09 (GMT) 22-Apr-2008 |
| vendician | 69.142.64.96 | Fri 19:42:25 (GMT) 18-Apr-2008 |

Search for     vendician
Date Range     31-Mar-2008 00:00:00 / 29-Mar-2009 23:59:59
Total Results                                              28

| Yahoo ID | IP Address | Login Time |
|---|---|---|
| vendician | 69.142.64.96 | Mon 01:32:10 (GMT) 26-Jan-2009 |
| vendician | 69.142.64.96 | Thu 16:05:55 (GMT) 22-Jan-2009 |
| vendician | 69.142.64.96 | Sun 06:21:04 (GMT) 18-Jan-2009 |
| vendician | 65.89.178.10 | Fri 15:58:12 (GMT) 09-Jan-2009 |
| vendician | 69.142.64.96 | Sat 15:33:05 (GMT) 03-Jan-2009 |
| vendician | 69.142.64.96 | Sat 15:31:46 (GMT) 03-Jan-2009 |
| vendician | 69.142.64.96 | Sat 14:34:57 (GMT) 11-Oct-2008 |
| vendician | 69.142.64.96 | Fri 12:15:44 (GMT) 25-Jul-2008 |
| vendician | 69.142.64.96 | Fri 11:58:15 (GMT) 20-Jun-2008 |
| vendician | 65.89.178.10 | Mon 16:44:05 (GMT) 16-Jun-2008 |
| vendician | 69.142.64.96 | Tue 20:54:52 (GMT) 20-May-2008 |
| vendician | 69.142.64.96 | Tue 21:27:09 (GMT) 22-Apr-2008 |
| vendician | 69.142.64.96 | Fri 19:42:25 (GMT) 18-Apr-2008 |
| vendician | 69.142.64.96 | Fri 21:12:53 (GMT) 11-Apr-2008 |
| vendician | 69.142.64.96 | Fri 19:15:57 (GMT) 11-Apr-2008 |
| vendician | 69.142.64.96 | Thu 14:03:01 (GMT) 10-Apr-2008 |
| vendician | 69.142.64.96 | Tue 21:15:42 (GMT) 08-Apr-2008 |
| vendician | 69.142.64.96 | Tue 16:26:45 (GMT) 08-Apr-2008 |
| vendician | 69.142.64.96 | Mon 14:41:14 (GMT) 07-Apr-2008 |
| vendician | 69.142.64.96 | Sun 15:46:35 (GMT) 06-Apr-2008 |
| vendician | 69.142.64.96 | Sun 13:29:57 (GMT) 06-Apr-2008 |
| vendician | 69.142.64.96 | Sat 16:20:49 (GMT) 05-Apr-2008 |
| vendician | 69.142.64.96 | Sat 16:11:29 (GMT) 05-Apr-2008 |
| vendician | 69.142.64.96 | Fri 21:08:02 (GMT) 04-Apr-2008 |
| vendician | 69.142.64.96 | Fri 20:25:02 (GMT) 04-Apr-2008 |
| vendician | 69.142.64.96 | Fri 15:11:52 (GMT) 04-Apr-2008 |
| vendician | 69.142.64.96 | Wed 21:34:15 (GMT) 02-Apr-2008 |
| vendician | 69.142.64.96 | Tue 15:46:25 (GMT) 01-Apr-2008 |

Search for      vendician
Date Range      08-Apr-2008 00:00:00 / 06-Apr-2009 23:59:59
Total Results                                    18

| Yahoo ID | IP Address | Login Time |
| --- | --- | --- |
| vendician | 69.142.64.96 | Mon 01:32:10 (GMT) 26-Jan-2009 |
| vendician | 69.142.64.96 | Thu 16:05:55 (GMT) 22-Jan-2009 |
| vendician | 69.142.64.96 | Sun 06:21:04 (GMT) 18-Jan-2009 |
| vendician | 65.89.178.10 | Fri 15:58:12 (GMT) 09-Jan-2009 |
| vendician | 69.142.64.96 | Sat 15:33:05 (GMT) 03-Jan-2009 |
| vendician | 69.142.64.96 | Sat 15:31:46 (GMT) 03-Jan-2009 |
| vendician | 69.142.64.96 | Sat 14:34:57 (GMT) 11-Oct-2008 |
| vendician | 69.142.64.96 | Fri 12:15:44 (GMT) 25-Jul-2008 |
| vendician | 69.142.64.96 | Fri 11:58:15 (GMT) 20-Jun-2008 |
| vendician | 65.89.178.10 | Mon 16:44:05 (GMT) 16-Jun-2008 |
| vendician | 69.142.64.96 | Tue 20:54:52 (GMT) 20-May-2008 |
| vendician | 69.142.64.96 | Tue 21:27:09 (GMT) 22-Apr-2008 |
| vendician | 69.142.64.96 | Fri 19:42:25 (GMT) 18-Apr-2008 |
| vendician | 69.142.64.96 | Fri 21:12:53 (GMT) 11-Apr-2008 |
| vendician | 69.142.64.96 | Fri 19:15:57 (GMT) 11-Apr-2008 |
| vendician | 69.142.64.96 | Thu 14:03:01 (GMT) 10-Apr-2008 |
| vendician | 69.142.64.96 | Tue 21:15:42 (GMT) 08-Apr-2008 |
| vendician | 69.142.64.96 | Tue 16:26:45 (GMT) 08-Apr-2008 |

# YAHOO! ACCOUNT MANAGEMENT TOOL

Login Name:                          **vendcard**

GUID:                                **B6BBGYOZIOFNBLG2ZKQNVI2ICE**

Yahoo Mail Name:                     **vendcard@yahoo.com**

(Alternate) Email Address:

Registration IP address:             **71.230.239.75**

Account Created (reg):               **Wed Jun 11 21:01:18 2008 GMT**

Other Identities:                    **vendcard (Yahoo! Mail)**

Full Name                            **Mr Joe Vend**

Address1:

Address2:

City:

State, territory or province:

Country:                             **United States**

Zip/Postal Code:                     **19355**

Phone:

Time Zone:

Birthday:                            **January 1, 1990**

Gender:                              **Male**

Occupation:

Business Name:

Business Address:

Business City:

Business State:

Business Country:                    **us**

Business Zip:

Business Phone:

Business Email:

Additional IP Addresses:             **Wed Jun 11 21:01:18 2008 GMT  71.230.239.75**

Account Status:                      **Active**

# YAHOO! ACCOUNT MANAGEMENT TOOL

Login Name:                     **vendcard**

GUID:                           **B6BBGYOZIOFNBLG2ZKQNVI2ICE**

Yahoo Mail Name:        **vendcard@yahoo.com**

(Alternate) Email Address:

Registration IP address:    **71.230.239.75**

Account Created (reg):    **Wed Jun 11 21:01:18 2008 GMT**

Other Identities:         **vendcard (Yahoo! Mail)**

Full Name                 **Mr Joe Vend**

Address1:

Address2:

City:

State, territory or province:

Country:                   **United States**

Zip/Postal Code:         **19355**

Phone:

Time Zone:

Birthday:                 **January 1, 1990**

Gender:                   **Male**

Occupation:

Business Name:

Business Address:

Business City:

Business State:

Business Country:       **us**

Business Zip:

Business Phone:

Business Email:

Additional IP Addresses:   **Wed Jun 11 21:01:18 2008 GMT  71.230.239.75**

Account Status:         **Active**

Search for     vendcard
Date Range    14-Apr-2008 00:00:00 / 12-Apr-2009 23:59:59
Total Results                                    10

| Yahoo ID | IP Address | Login Time |
|----------|------------|------------|
| vendcard | 71.224.128.38 | Thu 13:15:14 (GMT) 26-Feb-2009 |
| vendcard | 71.224.128.38 | Thu 21:08:46 (GMT) 06-Nov-2008 |
| vendcard | 71.224.128.38 | Wed 11:45:15 (GMT) 29-Oct-2008 |
| vendcard | 71.224.128.38 | Thu 01:40:39 (GMT) 23-Oct-2008 |
| vendcard | 71.224.128.38 | Wed 19:30:14 (GMT) 01-Oct-2008 |
| vendcard | 71.230.239.75 | Sat 01:25:13 (GMT) 13-Sep-2008 |
| vendcard | 71.230.239.75 | Fri 12:13:50 (GMT) 01-Aug-2008 |
| vendcard | 71.230.239.75 | Tue 21:27:01 (GMT) 15-Jul-2008 |
| vendcard | 71.230.239.75 | Mon 15:34:23 (GMT) 14-Jul-2008 |
| vendcard | 71.230.239.75 | Thu 19:34:16 (GMT) 26-Jun-2008 |

Search for     vendcard
Date Range    31-Mar-2008 00:00:00 / 29-Mar-2009 23:59:59
Total Results                                          10

| Yahoo ID | IP Address | Login Time |
|----------|------------|------------|
| vendcard | 71.224.128.38 | Thu 13:15:14 (GMT) 26-Feb-2009 |
| vendcard | 71.224.128.38 | Thu 21:08:46 (GMT) 06-Nov-2008 |
| vendcard | 71.224.128.38 | Wed 11:45:15 (GMT) 29-Oct-2008 |
| vendcard | 71.224.128.38 | Thu 01:40:39 (GMT) 23-Oct-2008 |
| vendcard | 71.224.128.38 | Wed 19:30:14 (GMT) 01-Oct-2008 |
| vendcard | 71.230.239.75 | Sat 01:25:13 (GMT) 13-Sep-2008 |
| vendcard | 71.230.239.75 | Fri 12:13:50 (GMT) 01-Aug-2008 |
| vendcard | 71.230.239.75 | Tue 21:27:01 (GMT) 15-Jul-2008 |
| vendcard | 71.230.239.75 | Mon 15:34:23 (GMT) 14-Jul-2008 |
| vendcard | 71.230.239.75 | Thu 19:34:16 (GMT) 26-Jun-2008 |

Search for     vendcard
Date Range     08-Apr-2008 00:00:00 / 06-Apr-2009 23:59:59
Total Results                                              10

| Yahoo ID | IP Address | Login Time |
|---|---|---|
| vendcard | 71.224.128.38 | Thu 13:15:14 (GMT) 26-Feb-2009 |
| vendcard | 71.224.128.38 | Thu 21:08:46 (GMT) 06-Nov-2008 |
| vendcard | 71.224.128.38 | Wed 11:45:15 (GMT) 29-Oct-2008 |
| vendcard | 71.224.128.38 | Thu 01:40:39 (GMT) 23-Oct-2008 |
| vendcard | 71.224.128.38 | Wed 19:30:14 (GMT) 01-Oct-2008 |
| vendcard | 71.230.239.75 | Sat 01:25:13 (GMT) 13-Sep-2008 |
| vendcard | 71.230.239.75 | Fri 12:13:50 (GMT) 01-Aug-2008 |
| vendcard | 71.230.239.75 | Tue 21:27:01 (GMT) 15-Jul-2008 |
| vendcard | 71.230.239.75 | Mon 15:34:23 (GMT) 14-Jul-2008 |
| vendcard | 71.230.239.75 | Thu 19:34:16 (GMT) 26-Jun-2008 |

# YAHOO! ACCOUNT MANAGEMENT TOOL

| | |
|---|---|
| Login Name: | **usatsucks** |
| GUID: | **5OF66BYECUL7BYNXSSQSFEO5OI** |
| (Alternate) Email Address: | **usatsucks@yahoo.com** |
| Registration IP address: | **68.45.90.249** |
| Account Created (reg): | **Sat Jan 10 23:44:05 2009 GMT** |
| Other Identities: | **usatsucks** |
| Full Name | **Mr Usat Sucks** |
| Address1: | |
| Address2: | |
| City: | |
| State, territory or province: | |
| Country: | **United States** |
| Zip/Postal Code: | **19355** |
| Phone: | |
| Time Zone: | |
| Birthday: | **January 1, 1956** |
| Gender: | **Male** |
| Occupation: | |
| Business Name: | |
| Business Address: | |
| Business City: | |
| Business State: | |
| Business Country: | **us** |
| Business Zip: | |
| Business Phone: | |
| Business Email: | |
| Additional IP Addresses: | **Sat Jan 10 23:44:05 2009 GMT  68.45.90.249** |
| Account Status: | **Deactivated** |
| Deactivation Date: | **Wed Feb 04 00:11:41 2009 GMT** |

# YAHOO! ACCOUNT MANAGEMENT TOOL

| | |
|---|---|
| Login Name: | **usatsucks** |
| GUID: | **5OF66BYECUL7BYNXSSQSFEO5OI** |
| (Alternate) Email Address: | **usatsucks@yahoo.com** |
| Registration IP address: | **68.45.90.249** |
| Account Created (reg): | **Sat Jan 10 23:44:05 2009 GMT** |
| Other Identities: | **usatsucks** |
| Full Name | **Mr Usat Sucks** |
| Address1: | |
| Address2: | |
| City: | |
| State, territory or province: | |
| Country: | **United States** |
| Zip/Postal Code: | **19355** |
| Phone: | |
| Time Zone: | |
| Birthday: | **January 1, 1956** |
| Gender: | **Male** |
| Occupation: | |
| Business Name: | |
| Business Address: | |
| Business City: | |
| Business State: | |
| Business Country: | **us** |
| Business Zip: | |
| Business Phone: | |
| Business Email: | |
| Additional IP Addresses: | **Sat Jan 10 23:44:05 2009 GMT  68.45.90.249** |
| Account Status: | **Deactivated** |
| Deactivation Date: | **Wed Feb 04 00:11:41 2009 GMT** |

Search for      usatsucks
Date Range     14-Apr-2008 00:00:00 / 12-Apr-2009 23:59:59
Total Results                                          3


| Yahoo ID | IP Address | Login Time |
|---|---|---|
| usatsucks | 68.45.90.249 | Sat 20:41:27 (GMT) 17-Jan-2009 |
| usatsucks | 68.45.90.249 | Wed 03:00:03 (GMT) 14-Jan-2009 |
| usatsucks | 68.45.90.249 | Sun 00:38:11 (GMT) 11-Jan-2009 |

Search for      usatsucks
Date Range    31-Mar-2008 00:00:00 / 29-Mar-2009 23:59:59
Total Results                                                    3

| Yahoo ID | IP Address | Login Time |
|----------|------------|------------|
| usatsucks | 68.45.90.249 | Sat 20:41:27 (GMT) 17-Jan-2009 |
| usatsucks | 68.45.90.249 | Wed 03:00:03 (GMT) 14-Jan-2009 |
| usatsucks | 68.45.90.249 | Sun 00:38:11 (GMT) 11-Jan-2009 |

Search for    usatsucks
Date Range    08-Apr-2008 00:00:00 / 06-Apr-2009 23:59:59
Total Results                                                    3

| Yahoo ID | IP Address | Login Time |
|---|---|---|
| usatsucks | 68.45.90.249 | Sat 20:41:27 (GMT) 17-Jan-2009 |
| usatsucks | 68.45.90.249 | Wed 03:00:03 (GMT) 14-Jan-2009 |
| usatsucks | 68.45.90.249 | Sun 00:38:11 (GMT) 11-Jan-2009 |

# YAHOO! ACCOUNT MANAGEMENT TOOL

| | |
|---|---|
| Login Name: | **hdumasse** |
| GUID: | **2QX2G4XVRVIEBPPRSJ4CG4YPCM** |
| Yahoo Mail Name: | **hdumasse@yahoo.com** |
| (Alternate) Email Address: | **hdumasse@yahoo.com** |
| Registration IP address: | **68.46.158.47** |
| Account Created (reg): | **Sat Feb 07 14:28:49 2009 GMT** |
| Other Identities: | **hdumasse (Yahoo! Mail)** |
| Full Name | **Mr Herbert Dumasse** |
| Address1: | |
| Address2: | |
| City: | |
| State, territory or province: | |
| Country: | **United States** |
| Zip/Postal Code: | **19355** |
| Phone: | |
| Time Zone: | |
| Birthday: | **April 1, 1960** |
| Gender: | **Male** |
| Occupation: | |
| Business Name: | |
| Business Address: | |
| Business City: | |
| Business State: | |
| Business Country: | **us** |
| Business Zip: | |
| Business Phone: | |
| Business Email: | |
| Additional IP Addresses: | **Sat Feb 07 14:28:50 2009 GMT  68.46.158.47** |
| Account Status: | **Active** |

# YAHOO! ACCOUNT MANAGEMENT TOOL

Login Name:                          **hdumasse**

GUID:                                **2QX2G4XVRVIEBPPRSJ4CG4YPCM**

Yahoo Mail Name:                     **hdumasse@yahoo.com**

(Alternate) Email Address:           **hdumasse@yahoo.com**

Registration IP address:             **68.46.158.47**

Account Created (reg):               **Sat Feb 07 14:28:49 2009 GMT**

Other Identities:                    **hdumasse (Yahoo! Mail)**

Full Name                            **Mr Herbert Dumasse**

Address1:

Address2:

City:

State, territory or province:

Country:                             **United States**

Zip/Postal Code:                     **19355**

Phone:

Time Zone:

Birthday:                            **April 1, 1960**

Gender:                              **Male**

Occupation:

Business Name:

Business Address:

Business City:

Business State:

Business Country:                    **us**

Business Zip:

Business Phone:

Business Email:

Additional IP Addresses:             **Sat Feb 07 14:28:50 2009 GMT  68.46.158.47**

Account Status:                      **Active**

Search for    hdumasse
Date Range    14-Apr-2008 00:00:00 / 12-Apr-2009 23:59:59
Total Results                                                    1


Yahoo ID    IP Address                          Login Time
hdumasse    68.46.158.47                        Sun 19:53:38 (GMT) 08-Feb-2009

Search for     hdumasse
Date Range    31-Mar-2008 00:00:00 / 29-Mar-2009 23:59:59
Total Results                                               1


Yahoo ID     IP Address                    Login Time
hdumasse     68.46.158.47                  Sun 19:53:38 (GMT) 08-Feb-2009

Search for      hdumasse
Date Range     08-Apr-2008 00:00:00 / 06-Apr-2009 23:59:59
Total Results                                                    1


Yahoo ID      IP Address                          Login Time
hdumasse      68.46.158.47                        Sun 19:53:38 (GMT) 08-Feb-2009