**EXHIBIT "3"**

# ARIN WHOIS Database Search

Search ARIN WHOIS for: 69.142.64.96

```
Comcast Cable Communications, Inc. JUMPSTART-3 (NET-69-136-0-0-1)
                              69.136.0.0 - 69.143.255.255
Comcast Cable Communications, Inc. NJ-NORTH-23 (NET-69-142-0-0-1)
                              69.142.0.0 - 69.142.255.255

# ARIN WHOIS database, last updated 2009-04-30 19:10
# Enter ? for additional hints on searching ARIN's WHOIS database.
```

## ARIN WHOIS Database Search

Search ARIN WHOIS for: 71.230.239.75

```
Comcast Cable Communications, Inc. JUMPSTART-5 (NET-71-224-0-0-1)
                                  71.224.0.0 - 71.239.255.255
Comcast Cable Communications, Inc. PA-32 (NET-71-230-0-0-1)
                                  71.230.0.0 - 71.230.255.255

# ARIN WHOIS database, last updated 2009-04-30 19:10
# Enter ? for additional hints on searching ARIN's WHOIS database.
```

**ARIN WHOIS Database Search**

Search ARIN WHOIS for: 71.224.128.38

```
Comcast Cable Communications, Inc. JUMPSTART-5 (NET-71-224-0-0-1)
                                 71.224.0.0 - 71.239.255.255
Comcast Cable Communications, Inc. PA-30 (NET-71-224-0-0-2)
                                 71.224.0.0 - 71.225.255.255

# ARIN WHOIS database, last updated 2009-04-30 19:10
# Enter ? for additional hints on searching ARIN's WHOIS database.
```

## ARIN WHOIS Database Search

Search ARIN WHOIS for: 68.44.0.0

```
Comcast Cable Communications, Inc. JUMPSTART-1 (NET-68-32-0-0-1)
                                  68.32.0.0 - 68.63.255.255
Comcast Cable Communications, Inc. NJ-SOUTH-2 (NET-68-44-0-0-1)
                                  68.44.0.0 - 68.45.255.255

# ARIN WHOIS database, last updated 2009-04-30 19:10
# Enter ? for additional hints on searching ARIN's WHOIS database.
```

## ARIN WHOIS Database Search

Search ARIN WHOIS for: 68.46.158.47

```
Comcast Cable Communications, Inc. JUMPSTART-1 (NET-68-32-0-0-1)
                              68.32.0.0 - 68.63.255.255
Comcast Cable Communications, Inc. NJ-SOUTH-4 (NET-68-46-128-0-1)
                              68.46.128.0 - 68.46.191.255

# ARIN WHOIS database, last updated 2009-04-30 19:10
# Enter ? for additional hints on searching ARIN's WHOIS database.
```

# ARIN WHOIS Database Search

Search ARIN WHOIS for: 65.89.178.10

```
Level 3 Communications, Inc. LVLT-ORG-65-88 (NET-65-88-0-0-1)
                              65.88.0.0 - 65.91.255.255
Broadwing_Communications_Internal_Washington BRW-GLUEWASH-BLK178 (NET-65-89-178-0-1)
                              65.89.178.0 - 65.89.178.255

# ARIN WHOIS database, last updated 2009-04-30 19:10
# Enter ? for additional hints on searching ARIN's WHOIS database.
```