```
        IN THE UNITED STATES DISTRICT COURT
      FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| USA TECHNOLOGIES | : | CIVIL ACTION |
| v. | : | |
| JOHN DOE, et al. | : | No. 09-661 |

<u>ORDER</u>

AND NOW, this 21st day of July, 2009, upon consideration of the reassignment of this case to our Docket, and the May 7, 2009 Order granting plaintiff leave to serve subpoenas <u>duces</u> <u>tecum</u> on the internet service providers of John and Jane Doe defendants in order to determine their identities and serve them with process, it is hereby ORDERED that:

1. The Clerk of Court shall TRANSFER this case from the Active to the Suspense Docket; and

2. Plaintiff's counsel shall REPORT by fax (215-580-2156) when it has served the defendants.

BY THE COURT:

<u>/s/ Stewart Dalzell, J.</u>