UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| USA TECHNOLOGIES, INC. : | |
| Plaintiff, : | CIVIL ACTION NO. |
| : | |
| v. : | NO.: 09-661 |
| : | |
| JOHN DOE AND JANE DOE : | |
| ANONYMOUS INTERNET WEBSITE : | |
| BLOGGERS OPERATING AS : | |
| VENDICIAN, USATSUCKS, : | |
| HDUMASSE AND VENDCARD : | |
| Defendants. : | |

### NOTICE OF DISMISSAL

TO THE CLERK:

Kindly enter an Order dismissing the above-captioned matter.

LURIO & ASSOCIATES, P.C.

BY: /s/ Margaret Sherry Lurio MSL7613
Margaret Sherry Lurio, Esquire
One Commerce Square
2005 Market Street, Suite 3320
Philadelphia, PA 19103
(215) 665-9300
mlurio@luriolaw.com
Attorney for Plaintiff
USA Technologies, Inc.